Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OSBORN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 8:18-cv-01880 JLS (ADS)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated August 21, 2019

　　　　　　　　　　　　　　　　　　By: JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　United States District Court Judge